UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
Seacastle Container Leasing, LLC,

              Plaintiff,

              v.

Global Container Lines Limited,

              Defendant.
------------------------------x

09-cv-09083(LAK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 4/9/10

ORDER

KAPLAN, District Judge.

      On January 20, 2010, defendant Global Container Lines Ltd. filed a notice of bankruptcy stay. Accordingly, the Clerk of Court is directed to transfer this case to my suspense docket.

Dated: April 8, 2010

                                      Lewis A. Kaplan
                                   United States District Judge